IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RONALD WILLIAMS, II**                                                  **PLAINTIFF**

V.                  **CASE NO. 4:22-cv-01227 JM**

**BROOKE WILLIAMS, Arkansas**
**Community Correction Officer**                                **DEFENDANT**

**ORDER**

Ronald Williams's Complaint (Doc. 2) is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis*. (Doc. 3); LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 18th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE